**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X
GREAT NORTHERN INSURANCE COMPANY, as a subrogee of Arunesh Hari and Ranjana Hari,

                Plaintiffs,

-against-

ALBERT LABOZ, M&R CONSTRUCTION GROUP, INC., and ALBA SERVICES INC.

                Defendants.
-------------------------------------------------------------------X

20 **CIVIL** 9168 (NRB)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 16, 2024, the Court (1) denies plaintiffs motion for summary judgment against Laboz; (2) grants Laboz's cross-motion for summary judgment against plaintiff; (3) grants Laboz's motion for summary judgment against both Alba and M&R; and (4) grants M&R's motion for conditional summary judgment against Alba.

**Dated:** New York, New York

      February 20, 2024

                                            **RUBY J. KRAJICK**
                                            **Clerk of Court**

                    **BY:** _____
                                          **Deputy Clerk**