```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

GREAT NORTHERN INSURANCE COMPANY,
as a subrogee of Arunesh Hari
and Ranjana Hari

                    Plaintiff,                        ORDER

          - against -                        20 Civ. 9168 (NRB)

ALBERT LABOZ, M&R CONSTRUCTION GROUP,
INC., and ALBA SERVICES INC.,

                    Defendants.

---------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that the parties have reached a settlement in principle in this case, it is hereby

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:   New York, New York
         July 16, 2024

_____
      NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE